Outlook

### Re: [EXTERNAL] Pre-Suit Notification of Federal Telemarketing Law Violation re MEDvidi

**From** Oleg Gorbylev <oleg@medvidi.com>
**Date** Mon 2/3/2025 2:09 AM
**To** Dana Oliver <doliver.heidarpourlawfirm@gmail.com>
**Cc** info@medvidi.com <info@medvidi.com>; team@medvidi.com <team@medvidi.com>; Vasili Razhnou <vasili@medvidi.com>; help@medvidi.com <help@medvidi.com>; Andrew Heidarpour <aheidarpour@hlfirm.com>

Dear Dana J. Oliver Esq.,

We acknowledge receipt of your letter dated January 31, 2025, regarding your client, Chet Wilson, and the alleged telemarketing communications from MEDvidi, Inc.
Upon reviewing our records, we have determined that the phone number (**541-999-**████) is associated with a different individual who provided express written consent to receive communications from us and has received services from MEDvidi. This individual voluntarily opted into receiving messages, which were sent in accordance with applicable laws and regulations, including the Telephone Consumer Protection Act (TCPA).
Given this, MEDvidi, has not violated the TCPA in this instance, as we have not knowingly sent any communications to your client without prior consent. If your client believes their phone number has been used by someone else, they may wish to contact their mobile service provider to address any potential misattribution of the number.
Nonetheless, we take compliance with the TCPA seriously. If your client wishes to ensure that no further messages are received at this number, we will gladly add it to our internal Do-Not-Call list upon verification of their identity as the rightful owner of the number. Please provide confirmation of your client's ownership of the number along with any supporting documentation to validate this claim.

We trust this clarifies the matter. Should you require any additional information, feel free to reach out.

Best regards,

Oleg Gorbylev
COO MEDvidi
oleg@medvidi.com

> 1 февр. 2025 г., в 03:34, Dana Oliver <doliver.heidarpourlawfirm@gmail.com> написал(а):
>
> **ATTN: LEGAL DEPARTMENT**
>
> **Hi, my name is Dana Oliver from Heidarpour Law Firm, PLLC. I am sending this correspondence on behalf of my client. Please review it at your earliest convenience.**

**Thank you**

----

Dana J. Oliver, Esq.

Heidarpour Law Firm, PLLC

www.HLFirm.com

DOliver.HeidarpourLawFirm@gmail.com

[P] 202-234-2727

<CL_MEDvidi 013125 Final.pdf>