| | |
|---|---|
| Dana J. Oliver, Esq. (SBN: 291082)<br>dana@danaoliverlaw.com<br>**Oliver Law Center, Inc.**<br>8789 19th Street #559<br>Rancho Cucamonga, CA 91701<br>Tel: (855) 384-3262<br>Fax: (888) 570-2021<br><br>Anthony I. Paronich (admitted *pro hac vice*)<br>anthony@paronichlaw.com<br>**Paronich Law, P.C.**<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br><br>**Attorneys for Plaintiff, Chet Michael Wilson** | Young Choi (SBN: 230645)<br>yc@dmcounsel.com<br>**Dental & Medical Counsel, P.C.**<br>1904 Olympic Blvd., Suite 240<br>Walnut Creek, CA 94596<br>Tel: (925) 999-8200<br>Fax: (925) 884-1725<br><br>Eric P. Knowles, Esq. (admitted *pro hac vice*)<br>EKnowles@frierlevitt.com<br>Paul S. St. Marie, Jr., Esq. (admitted *pro hac vice*)<br>PStmarie@frierlevitt.com<br>**Frier Levitt, LLC**<br>84 Bloomfield Avenue,<br>Pine Brook, NJ 07058<br>Tel.: (973) 852-1872<br>Fax (973) 618-0650<br><br>**Attorneys for Defendant, Medvidi, Inc.** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MEDVIDI INC.,<br><br>        Defendant. | CASE No. 5:25-cv-03996-BLF<br><br>**THE PARTIES' NOTICE OF STIPULATED MOTION TO CONDUCT VIRTUAL HEARING FOR DEFENDANT'S PENDING MOTION TO DISMISS (D.I. 14)** |

      Pursuant to Civil Local Rule 7-12 of the Northern District of California and the Scheduling Notes for Judge Beth Labson Freeman, Plaintiff Chet Michael Wilson, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Medvidi, Inc. ("Defendant") hereby respectfully request that the Court enter an Order permitting all Parties to appear before this Court via Zoom at the presently scheduled hearing on Defendant's Motion to Dismiss for Failure to State a Claim (D.I. 14) on October 23, 2025 at 9:00 am ("Hearing").

      Good cause exists to conduct the upcoming Hearing via Zoom as, in addition to both Parties agreeing to appear virtually, significant resources would be wasted by both Parties should in-person

attendance at the Hearing be required where, as in the case here, lead counsel for Plaintiff and Defendant are located on the East Coast. Requiring both parties to schedule air travel and overnight accommodations to appear in-person for the Hearing is a disproportionate expenditure of client funds and attorney time when balanced against the premature stage of the litigation.

Furthermore, Your Honor's Scheduling Notes permit attorneys to appear virtually before the Court where the relevant hearing's underlying motion is to dismiss for failure to state a claim. *See* Scheduling notes for Judge Beth Labson Feeman, *available at* https://apps.cand.uscourts.gov/CEO/cfd.aspx?7149#Notes ("Judge Freeman will return to full in-person hearings for all civil law and motion hearings…*unless otherwise ordered*" but only "final pretrial conferences, jury instruction conferences, and all evidentiary hearings *will* be conducted in person").

However, the Parties are aware that this alteration of the Hearing may inconvenience the Court. For that reason, the Parties are amenable to the Court rescheduling the Motion Hearing for a later date than the presently scheduled date of October 23, 2025 as needed. Both Parties agree that a rescheduling of the Hearing will not prejudice either Party as Plaintiff's Opposition Brief was recently filed on September 9, 2025, Defendant's deadline to file its Reply is set for October 1, 2025, and the Parties have yet to conduct their Rule 26(f) Conference, which is presently scheduled for September 23, 2025.

Accordingly, the Parties respectfully request and stipulate to entry of the attached Proposed Order granting the Parties' Joint Motion to Appear Virtually at the Hearing.

1  DATED: September 10, 2025

2

3

4  */s/ Anthony I. Paronich*          */s/ Eric P. Knowles, Esq.*

5  Anthony I. Paronich (admitted *pro hac vice*)    Eric P. Knowles, Esq. (admitted *pro hac vice*)
   anthony@paronichlaw.com              EKnowles@frierlevitt.com

6  **Paronich Law, P.C.**                **Frier Levitt, LLC**
   350 Lincoln Street, Suite 2400        84 Bloomfield Avenue,

7  Hingham, MA 02043                     Pine Brook, NJ 07058
   Tel: (617) 485-0018                   Tel.: (973) 852-1872

8  Fax: (508) 318-8100                   Fax (973) 618-0650

9  **Attorneys for Plaintiff, Chet Michael Wilson**   **Attorneys for Defendant, Medvidi, Inc.**