UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

MEDVIDI INC.,

    Defendant.

CASE No. 5:25-cv-03996-BLF

**ORDER GRANTING PARTIES' JOINT MOTION TO CONDUCT VIRTUAL HEARING FOR DEFENDANT'S PENDING MOTION TO DISMISS (D.I. 14)**

Before the Court is the Parties' Joint Motion to Appear Virtually, via Zoom, at the Parties' upcoming Hearing on Defendant's Motion to Dismiss for Failure to State a Claim (D.I. 14). As neither Party opposes this Motion and for good cause shown:

**IT IS ORDERED THAT** the Parties' Joint Motion to Appear Virtually at the upcoming Hearing for Defendant's Motion to Dismiss is **GRANTED**;

**IT IS FURTHER ORDERED THAT** the date and time of the virtual Hearing on Defendant's Motion to Dismiss is _____, 2025 at _____ am/pm.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

                                                           BETH LABSON FREEMAN
                                                           United States District Judge