# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MEDVIDI INC,<br><br>　　　　Defendant. | Case No. 5:25-cv-03996-BLF<br><br>**ORDER DENYING THE PARTIES' REQUEST TO APPEAR VIA ZOOM; STRIKING PLAINTIFF'S RESPONSE TO MOTION TO DISMISS; AND SETTING DEADLINE FOR DEFENDANT TO RE-FILE**<br><br>[Re: ECF 22, 24] |

　　　　Before the Court is the parties' joint request for an order permitting the parties to appear before the Court via Zoom at the October 23, 2025, hearing on Defendant's Motion to Dismiss. ECF 24. The sole reason for the parties' request is that lead counsel for both parties is located on the East Coast. *See id.* at 2. The Court concludes that this fact alone does not constitute good causes and DENIES the request. For the same reason, the Court also DENIES the parties' motion to reschedule the Motion Hearing. *See id.* at 3.

　　　　Plaintiff's response to Defendant's Motion to Dismiss is STRICKEN for failure to comply with the Court's Standing Order Re Civil Cases. Defendant's response contains single-spaced footnotes and lengthy block quotations. *See* Standing Order Re Civil Cases §§ 4.A.1, 4.E., 4.F., IV.G. Plaintiff is granted until September 22, 2025, to re-file the response in compliance with the Standing Order Re Civil Cases. Defendant's deadline to reply shall run from the date the document is re-filed.

　　　　**IT IS SO ORDERED.**

Dated: September 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge