Young Choi (SBN: 230645)
yc@dmcounsel.com
**Dental & Medical Counsel, P.C.**
1904 Olympic Blvd., Suite 240
Walnut Creek, CA 94596
Tel: (925) 999-8200
Fax: (925) 884-1725

Eric P. Knowles, Esq. (*admitted pro hac vice*)
EKnowles@frierlevitt.com
Paul S. St. Marie, Jr., Esq. (*admitted pro hac vice*)
PStMarie@frierlevitt.com
**Frier Levitt, LLC**
84 Bloomfield Avenue,
Pine Brook, NJ 07058
Tel.: (973) 852-1872
Fax (973) 618-0650

Attorneys for Defendant, Medvidi, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situation,<br><br>               Plaintiff,<br><br>     v.<br><br>MEDVIDI INC.,<br><br>               Defendant. | CASE No. 5:25-cv-03996-BLF<br><br>**DECLARATION OF ERIC P. KNOWLES, ESQ. IN SUPPORT OF DEFENDANT MEDVIDI'S MOTION TO DISMISS** |

I, Eric P. Knowles, do hereby declare and state as follows:

1. I am an attorney admitted to practice in the states of New Jersey and New York and I am admitted *pro hac vice* in the Northern District of California as counsel for Defendant Medvidi, Inc. in connection with the above captioned matter.

2. This Declaration is being submitted in connection with Defendant's Reply Brief in Further Support of its Motion to Dismiss the Complaint. *See* Dkt. 14.

3. The statements made in this Declaration are based on the knowledge and documents acquired by me in connection with my investigation into the Plaintiff, Chet Michael Wilson.

4. Based on publicly available litigation records found on Lex Machina (one of the various research platforms accessible through LexisNexis), Chet Michael Wilson has been the named Plaintiff in at least fifty-eight (58) Class Action Complaints filed nation-wide since 2014 alleging violations of the Telephone Consumer Protection Act ("TCPA") (47 U.S.C. § 227, *et. seq.*). Annexed hereto as **Exhibit A** is a screen-capture of the information obtained from Lex Machina identifying that Plaintiff has filed at least 58 class actions under the TCPA.

5. Of the 58 class action matters filed by the Plaintiff, LexMachina records indicate that, to date, twenty-one (21) of these matters have been terminated. Based on this publicly accessible information, it also appears that ***none*** of the 21 terminated actions ever reached the class certification stage and were instead likely dismissed voluntarily in response to a pre-certification settlement. Annexed hereto as **Exhibit B** is a screen-capture of the information obtained from LexMachina identifying the terminated TCPA class actions involving Plaintiff.

6. Additionally, the suspect nature of Plaintiff's nation-wide TCPA litigation campaign is further called into question when assessing Plaintiff's specific telephone number, which ends in "9999". Telephone numbers ending in identical consecutive digits have long been called into question by the TCPA defense bar, noting that such numbers are often purchased by individuals for the sole purpose of coordinating sham TCPA litigations in an

effort serve as career class action plaintiffs. It seems likely that Chet Michael Wilson's nation-wide crusade against dozens of companies using his telephone number ending in "9999" is designed to serve that precise purpose. Annexed hereto as **Exhibits C and D** are two articles highlighting the suspect nature of TCPA claims with telephone numbers ending in "9999". **Exhibit C**, titled, "The Old 9999 Scam?: Plaintiff Alleged Defendant Made 5000 Illegal Phone Calls to his Number – But is it a Set Up?", is available at https://tcpaworld.com/2022/06/07/the-old-9999-scam-plaintiff-alleges-defendant-made-5000-illegal-phone-calls-to-his-number-but-is-it-a-set-up/. Exhibit D, "'9999' Scam or Lead Funnel Run Amuck?: Zillow Hit With New TCPA Class Action Over Text Messages and It Could Be a Serious Problem or a Serios Scam", is available at https://natlawreview.com/article/9999-scam-or-lead-funnel-run-amuck-zillow-hit-new-tcpa-class-action-over-text#google_vignette, and ***specifically identifies one of Plaintiff's other TCPA suits against Zillow***.

      Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Respectfully submitted,

Dated: September 30, 2025

/s/ Eric P. Knowles, Esq.
Eric P. Knowles, Esq.
Frier Levit, LLC
*Attorney for Defendant Medvidi, Inc.*