# EXHIBIT A

Legal Analytics reveals insights never before available about courts, judges, counsel, parties, and more.

You are in **Lexis Link mode**. Contact us to gain full access to Lex Machina. Existing user? Log In

# Chet Michael Wilson

View Party Group | Edit Party Group | Save Party Group | Load Party Group

**Overview**   **Federal District:** Cases   Documents   Findings   Motion Metrics   Damage Awards
**Federal Appeals:** Cases   Documents   **State:** Cases   Documents   **PTAB:** Trials   Documents
**Bankruptcy:** Cases   Documents

## Federal District Court

| | |
|---|---|
| Cases | 58 |
| Docket Entries | 1,202 |
| Findings | 0 |
| Motion Metrics | 40 |
| Damage Awards | 0 |

## Federal Court of Appeals

| | |
|---|---|
| Cases | 1 |
| Docket Entries | 55 |

## State Court

| | |
|---|---|
| Enhanced Cases | 0 |
| Docket Entries | 0 |
| Other Cases | 0 |

## PTAB

| | |
|---|---|
| Trials | 0 |
| Documents | 0 |

## Bankruptcy Court

| | |
|---|---|
| Cases | 0 |
| Docket Entries | 0 |

## Litigation Footprint

View this party group's Litigation Footprint

Litigation Footprint is not included in your subscription. For more information email support@lexmachina.com or visit the Help Center.

**Federal District Court Cases** Pending 2009 or later

No cases   2   7   15



### Federal District Court Case Counts by Court

| State | Court | Cases |
| --- | --- | --- |
| OR | D.Or. | 15 |
| FL | S.D.Fla. | 6 |
| CA | N.D.Cal. | 4 |
| NY | S.D.N.Y. | 3 |
| AZ | D.Ariz. | 2 |
| CA | E.D.Cal. | 2 |
| CT | D.Conn. | 2 |
| IL | N.D.Ill. | 2 |
| OH | S.D.Ohio | 2 |
| VA | E.D.Va. | 2 |
| WA | W.D.Wash. | 2 |
| WI | W.D.Wis. | 2 |

**State Cases** Filed 2016 or later

> No state cases found.

## Cases by Party

| Party | Federal | | State | | Specialty | |
| --- | --- | --- | --- | --- | --- | --- |
| | District | Appeals | Enhanced | Other | PTAB | Bankruptcy |
| Chet Michael Wilson | 58 | 1 | 0 | 0 | 0 | 0 |

## Federal District Court Cases by Type

| Case Types | Cases |
| --- | --- |
| Consumer Protection | 58 |
| Class Action | 58 |

*All other Case Types have 0 results in this case list.*