# EXHIBIT B

Legal Analytics reveals insights never before available about courts, judges, counsel, parties, and more.

You are in **Lexis Link mode**. Contact us to gain full access to Lex Machina. Existing user? Log In

# Chet Michael Wilson

View Party Group | Edit Party Group | Save Party Group | Load Party Group

Overview | **Federal District:** Cases | Documents | Findings | Motion Metrics | Damage Awards | Other Venues ▾

Showing **21** terminated Consumer Protection cases with Chet Michael Wilson as a party; pending between 2009-01-01 and 2025-09-30.

Search cases, documents, and docket entry text

❓ Search Syntax Guide

▼ Case Status
- ○ All
- ○ Open **0**
- ⦿ Terminated **21**

▼ Case Types
- ⊕ INCLUDE:
  - Consumer Protection **21** ✖
- 🔒 Class Action **21**

▶ Case Tags
▶ Filed On
▼ Pending

**From**
2009-01-01 📅

**To**
📅

▶ Terminated
▶ Trial Date
▶ Last Docket Date
▶ Docket Entry Count

- Party Roles
- Party Industry
- Party NAICS
- Party Employee Count
- Party HQ Country
- Courts
- District Judges
- Magistrate Judges
- Law Firms
- Case Resolutions
- Appellate Decisions
- Damage Types
- Damages Awarded Date
- Remedies
- Patent Findings
- Patent Invalidity Reasons
- Trademark Findings
- Copyright Findings
- Antitrust Findings
- Securities Findings
- Bankruptcy Findings
- Bankruptcy Appeals Issues
- Employment Findings
- Product Liability Findings
- Trade Secret Findings
- Insurance Findings
- ERISA Findings
- Contracts Findings
- Tax Findings
- Torts Findings
- Environmental Findings
- Consumer Protection Findings
- Civil Rights Findings
- False Claims Findings

▸ Surety Bond Findings

▸ Internet Findings

▸ Real Property Findings

▸ Class Action Findings

▸ Class Certification Denial

▸ Estimated Class Size

▸ Uncategorized Case Findings

Reset

Apply

Analytics:  **Summary**  Timing  Law Firms  Attorneys  Parties  Case Resolutions  Class Action  Damages  Remedies  Motions  Findings ▾

**Case Filings**



|  | <2015 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Consumer Protection | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 11 |

## Case Status

Open: 0 (0%)                                                                    Terminated: 21 (100%)

## Courts

| | | |
|---|---|---|
| D.Or. | 3 | 14% |
| E.D.Cal. | 2 | 10% |
| S.D.Fla. | 2 | 10% |
| E.D.Va. | 2 | 10% |
| W.D.Wis. | 2 | 10% |
| Other Courts | 10 | 48% |

## District Judges

| | | |
|---|---|---|
| Mustafa Taher Kasubhai (D.Or.) | 2 | 10% |
| William Martin Conley (W.D.Wis.) | 2 | 10% |
| Claude M. Hilton (E.D.Va.) | 1 | 5% |
| Kenneth M. Hoyt (S.D.Tex.) | 1 | 5% |
| Federico A. Moreno (S.D.Fla.) | 1 | 5% |
| 12 Other Judges | | |

## Party Roles

| Party Roles | Cases |
|---|---|
| Plaintiff | 21 |

*All other Party Roles have 0 results in this case list.*

## Cases by Type

| Case Types | Cases |
|---|---|
| Consumer Protection | 21 |
| Class Action | 21 |

*All other Case Types have 0 results in this case list.*

🎓 Understanding Summary Analytics

## Case List

Customize Columns

**Order by**

most recent docket activity ▼

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Wilson v. The Savings Bank Mutual Life Insurance Company of Massachusetts | 1:24-cv-12950 | Consumer Protection Class Action | D.Mass. | 2024-11-26 | 2025-09-17 | 2025-09-12 |
| Wilson v. KUIU, LLC | 2:25-cv-00212 | Consumer Protection Class Action | E.D.Cal. | 2025-01-15 | 2025-08-22 | 2025-08-22 |
| Wilson v. AUM Insurance Services LLC | 3:25-cv-00260 | Consumer Protection Class Action | N.D.Cal. | 2025-01-07 | 2025-08-11 | 2025-08-11 |
| Wilson, Chet v. Fairway Independent Mortgage Corp. | 3:24-cv-00924 | Consumer Protection Class Action | W.D.Wis. | 2024-12-27 | 2025-08-07 | 2025-08-07 |
| Wilson v. Norco, Inc. | 6:25-cv-00410 | Consumer Protection Class Action | D.Or. | 2025-03-09 | 2025-08-06 | 2025-08-06 |
| WILSON v. TRAJECTOR INC | 1:25-cv-00023 | Consumer Protection Class Action | N.D.Fla. | 2025-01-23 | 2025-07-30 | 2025-07-30 |
| Wilson v. Craftie Fox, Inc. | 1:25-cv-22069 | Consumer Protection Class Action | S.D.Fla. | 2025-05-05 | 2025-07-24 | 2025-07-24 |
| Wilson v. Credit Suite Inc. | 8:24-cv-02711 | Consumer Protection Class Action | M.D.Fla. | 2024-11-21 | 2025-07-17 | 2025-07-17 |
| Wilson v. Zillow Inc | 2:25-cv-00048 | Consumer Protection Class Action | W.D.Wash. | 2025-01-08 | 2025-07-08 | 2025-07-08 |
| Wilson v. Altria Group Distribution Company | 1:24-cv-01917 | Consumer Protection Class Action | E.D.Va. | 2024-10-29 | 2025-06-03 | 2025-06-03 |
| Wilson, Chet v. Avid Ratings, Inc. | 3:24-cv-00782 | Consumer Protection Class Action | W.D.Wis. | 2024-11-04 | 2025-06-02 | 2025-06-02 |
| Chet Michael Wilson v. Elevate Patient Financial Solutions, LLC | 4:24-cv-04285 | Consumer Protection Class Action | S.D.Tex. | 2024-11-04 | 2025-05-29 | 2025-05-08 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
| --- | --- | --- | --- | --- | --- | --- |
| Wilson v. Lower, LLC | 1:24-cv-03665 | Consumer Protection Class Action | D.Md. | 2024-12-18 | 2025-05-15 | 2025-05-15 |
| Wilson, et al. v. LeafFilter North, LLC | 5:25-cv-00522 | Consumer Protection Class Action | N.D.Ohio | 2025-03-17 | 2025-05-09 | 2025-05-09 |
| Wilson v. Blue Moon Fabrics, Inc. | 6:25-cv-00333 | Consumer Protection Class Action | D.Or. | 2025-02-27 | 2025-05-05 | 2025-04-28 |
| Wilson v. Club 1 Hotels, LLC | 1:25-cv-00003 | Consumer Protection Class Action | N.D.Ill. | 2025-01-02 | 2025-04-23 | 2025-04-23 |
| Johnson v. American Home Shield Corporation | 1:24-cv-02339 | Consumer Protection Class Action | E.D.Va. | 2024-12-20 | 2025-04-01 | 2025-03-26 |
| Wilson et al v. LeafFilter North, LLC | 2:25-cv-00039 | Consumer Protection Class Action | S.D.Ohio | 2025-01-16 | 2025-03-17 | 2025-03-17 |
| Wilson v. BlendJet Inc. | 2:25-cv-00278 | Consumer Protection Class Action | E.D.Cal. | 2025-01-23 | 2025-03-10 | 2025-03-10 |
| Wilson v. Icon Creative Consulting, Inc. | 1:24-cv-25119 | Consumer Protection Class Action | S.D.Fla. | 2024-12-30 | 2025-03-07 | 2025-03-07 |
| Wilson v. Professional Credit Service | 6:24-cv-01826 | Consumer Protection Class Action | D.Or. | 2024-10-31 | 2025-01-30 | 2025-01-30 |