# EXHIBIT C

9/30/25, 9:42 AM   THE OLD 9999 SCAM?: Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to his Number–But is it a Set Up? - TCPAWorld

Case 5:25-cv-03906-BLF   Document 27-4   Filed 09/30/25   Page 2 of 14



Menu

# TCPAWorld

The World of the Telephone Consumer Protection Act

## THE OLD 9999 SCAM?: Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to his Number–But is it a Set Up?

**7** JUN 2022

1 COMMENT





Select and listen

9/30/25, 9:42 AM
The Old 9999 Scam? Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to his Number But is it a Set Up? - TCPAWorld
Case 5:25-cv-03906-BLF    Document 27-4    Filed 09/30/25    Page 3 of 14
2/13



9/30/25, 9:42 AM
Case 5:25-cv-03906-BLF   Document 27-4   Filed 09/30/25   Page 4 of 14
The Old 9999 Scam? Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to his Number But is it a Set Up? - TCPAWorld



Press play to listen to this content

⏮  ⏭    0:00                                                                        -:--

1x  🔊

Powered By *GSpeech*

So ostensiby the case of *Mongeon v. KPH Healthcare,* 2022 WL 1978674 Case No. 2:21-cv-00195 (D. Vt. 06/06/2022) is simply a case about the definition of "consumer" under the Vermont Consumer Protection Act ("VCPA"), 9 V.S.A. § 2453.

The plaintiff alleges his receipt of 4000 calls from the Defendant after the Defendant promised to stop calling was an act of "fraud" and "deceit" under the VCPA. But since the Plaintiff has not alleged facts establishing he is a "consumer" within the meaning of the Act the Court dismissed the case, without prejudice.

Pretty blasé.

But let's back up. Why would Defendant–seemingly a local pharmacy–blast the Plaintiff's number so many times?

Well the Plaintiff's full number is not set forth in the decision–but the last four digits are "9999."

Many years ago before I became a TCPA class action defense lawyer I–like many out there–had a very low impression of the TCPA. I remember a guy in law school who made tuition bring junk fax cases. And I had a colleague who was locked in mortal battle with some clown who was bringing a series of small claims TCPA suits in Southern California arising out of calls to a "designer phone number": 999-999-9999.

Hmmmmm.

Much like the old case of *Stoops* in which the Plaintiff had over 80 cell phones–or the recent case of *Barton* in which the Plaintiff had a cell phone purchased specifically to set up TCPA suits–the scammer will pick up a "designer number" like 999-999-9999 and wear it is for a legitimate purpose: "I run a real estate agency, etc." Looking deeper there is rarely any utility behind the number–although other designer numbers like (800) 444-4444 *are* very helpful–and the numbers are often just used to net TCPA lawsuits.

Select and listen ✕

9/30/25, 9:42 AM  THE OLD 9999 SCAM? Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to His Number But is it a Set Up? - TCPAWorld

Case 5:25-cv-03906-BLF    Document 27-4    Filed 09/30/25    Page 5 of 14

The reason it works is rather obvious.

When I walk into my local Sports Clips for my monthly trim there is no way I'm going to give them my private cell phone number. So I give them 999-999-9999. (Of course, I also give them my email of no@no.com.) It works perfectly well for check in, and I never receive any texts or calls from them reminding me to come back to style my luscious used-to-be-black locks.

Apart from folks providing the number 999-999-9999 to a business, many companies will knowingly have their agents enter the number as a default when the customer does not otherwise provide their number. This was the case in the old "small claims bandit" run of suits I mentioned earlier–apparently a local hospital group was engaging in this practice, which lead to an endless number of TCPA suits being filed against them by an enterprising Plaintiff.

Well *Mongeon* appears to be the same issue. Per the ruling: , Defendant's representatives advised Plaintiff *"that his phone number was attached to multiple other customers who had prescriptions at the pharmacy" because Plaintiff's phone number, XXX-XXX-9999, is "the 'default' number for all new or current customers in [Defendant's] system without a phone number."*

Pro tip: the 9999 play is arguably the oldest manufactured lawsuit trick in TCPAWorld. Don't fall for it. Never use 999-999-9999 (or any other series of numbers) as a "default" setting for customer phone numbers. And if you do, you definitely want to suppress dialing to those numbers.

Stay safe out there TCPAWorld.

# Discover more from TCPAWorld

Subscribe to get the latest posts sent to your email.

Type your email…    Subscribe

### Published by Eric "Czar" Troutman

The Czar of TCPAWorld Eric Troutman is one of the country's prominent class action defense lawyers and is nationally recognized in Telephone Consumer Protection Act (TCPA) litigation and compliance. He has served as lead defense counsel in more than 70 national TCPA class actions and has litigated nearly a thousand individual TCPA cases in his role as national strategic litigation counsel for major banks and finance companies. He also helps industry participants build TCPA-compliant processes, policies, and systems. Eric has built a national litigation practice based upon deep experience, rigorous analysis and extraordinary responsiveness. Eric and his team feel equally at home litigating multibillion dollar telecommunications class actions in federal court as they do developing and executing national litigation strategies for institutions facing an onslaught of individual TCPA matters. They thrive in each of these roles – delivering consistently excellent results – while never losing sight of the client experience. While many firms now

Select and listen

9/30/25, 9:42 AM THE OLD 9999 SCAM? Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to his Number But is it a Set Up? - TCPAWorld

Case 5:25-cv-03996-BLF Document 27-4 Filed 09/30/25 Page 6 of 14

tout TCPA expertise, Eric has been there from the beginning. He built one of the country's first TCPA-only defense teams and began serving as national TCPA counsel for his clients nearly a decade ago. This perspective allows him to swiftly develop the right litigation strategies for dealing with recurring problems, without wasting time on tactics that are bound to fail. Eric's rich historical perspective and encyclopedic knowledge of the TCPA landscape also make him an invaluable resource to institutional compliance teams struggling to comply with the shifting regulatory landscape. No task is too small – or too big. Indeed, Eric and his team have helped build TCPA-compliant systems and processes for some of the largest and most complex corporate entities in the country. He commonly works with in-house compliance counsel to build and implement enterprise and business-line specific TCPA solutions, performs TCPA audits and drafts and reviews proposed TCPA policies and procedures. He and his team also have the technical expertise necessary to assist call centers seeking to develop TCPA-resistant call path architecture or to modify existing telephony and software integration to better insulate from potential TCPA exposure. Eric has built a reputation for thought leadership. An avid blogger and speaker, he has been at the forefront of the industry's effort to push for clarity and a return to sanity for the TCPA for years. He was selected to advocate for the financial services industry on important TCPA issues before the Federal Communications Commission and co-authored the nation's only comprehensive practice guide on TCPA defense. In his spare time, Eric leads defense teams representing banks and other financial services companies in consumer finance litigation matters. He has experience representing clients in UCC, TILA, RESPA FCRA, CCRA, CLRA, FDCPA, RFDCPA and FCCPA claims, as well as in fraud and bank operations issues. **View all posts by Eric "Czar" Troutman**

**SHARE THIS:**

**LIKE THIS:**

Like    Be the first to like this.

**PREVIOUS**

**WHAT HAPPENS IN VEGAS DOESN'T VIOLATE THE TCPA: Court Gives Treasure Island's AI Text Bot "Ivy" a TCPA Pass—But Did it BUST On the Ruling?**

**NEXT**

**MERGER DANGER: New TCPA Decision Explores Successor Liability In the Wild West of TCPAWorld**

# 1 Comment

### Britt Reid
2 Aug 2022 at 7:32 am



The simple lesson — and one which you seem to NEVER preach is — scrub your calling lists against the FTC's Do Not Call Registry on a monthly basis, as you are required to do by law, and you can steer clear of most TCPA liability in the first place. But, for some reason, your scum bag clients just do not do what they are supposed to do! Then you, of course, blame the victim.

Loading...

**REPLY**

# Leave a Reply

Select and listen 

9/30/25, 9:42 AM  The Old 9999 Scam? Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to his Number But is it a Set Up? - TCPAWorld

Case 5:25-cv-03906-BLF   Document 27-4   Filed 09/30/25   Page 8 of 14









## WHY NOT SUBSCRIBE TO TCPAWORLD.COM ALREADY?

We know you love the site, so why not follow us already? Enter your email address to be among the first to receive the TCPA news and views you love. There's no downside--no advertising, no spam, no nonsense. Just awesome TCPA fun. posts by email.

Email Address

I'm Ready for Awesome TCPA Action!



## Our Amazing Contributors

 **The Duchess**

 **The Sicilian**

 **Brittany Andres**

 **Connor Treanor**

 **Jenniffer Cabrera**

 **Chris Deatherage**



Select and listen

 **Keerti Jaya**

9/30/25, 9:42 AM
Case 2:25-cv-03996-BLF Document 27-4 Filed 09/30/25 Page 12 of 14
The Old 9999 SCAM - Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to his Number- But is it a Set Up? - TCPAWorld

 Blake Landis

 Maxwell Levins

 Puja "Queenie" Amin

 Danielle Cuevas

 Steven L. Rozenfeld

 Tammana Malik

 Eric "Czar" Troutman

 Tori Guidry

---

# About TCPAWorld

TCPAworld.com isn't just a blog, its a lifestyle obsession for those that eat, sleep, and breathe the TCPA like we do.

We'll break all the TCPA news–usually before anyone else does–with witty and informative articles that break the mold of stuffy law firm analysis. Yet the analysis you'll find will always be dead on and steeped in our decades of combined TCPA defense experience.

We do it all for free- no advertisements (other than shameless plugs for my law firm).

The opinions expressed in content on TCPAworld are solely those of the authors and contributors that share their content here.

All content copyright Eric J. Troutman, except that contributors retain license to use and re-publish their works.

Case 5:25-cv-03996-BLF Document 27-4 Filed 09/30/25 Page 13 of 14

All other rights reserved. Forever and ever, and all that.

Contact: troutman@troutmanamin.com

400 Spectrum Center Drive, Suite 1550

Irvine, CA 92618

(949) 350-3663



Select and listen

The Old 9999 SCAM - Plaintiff Alleges Defendant Made 5000 Illegal Phone Calls to his Number But is it a Set Up? - TCPAWorld

WordPress.com.



Select and listen