# EXHIBIT D

We use cookies on this site to enhance your user experience.   OK

r 30, 2025
ume XV, Number 273

# THE NATIONAL LAW REVIEW

No Thanks

Login

43
NEW ARTICLES





Advertisement



# "9999" SCAM OR LEAD FUNNEL RUN AMUCK?: Zillow Hit With New TCPA Class Action Over Text Messages and It Could Be a Serious Problem or A Serious Scam

by: **Eric J. Troutman** of **Troutman Amin, LLP**   - *TCPAWorld*

Posted On Thursday, January 9, 2025



**RELATED PRACTICES & JURISDICTIONS**





We use cookies on this site to enhance your user experience.

43

NEW ARTICLES





With the new FCC TCPA one-to-one consent rules about to take effect in just 18 days everyone at (and in) Lead Generation World was (and is) focused on finalizing their go-to-market strategies with their new solutions.

One company I am constantly asked about is Zillow.

The real estate monster seems to be adopting a multi-pronged approach in response to the new rules and many of its strategies are raising eyebrows as they don't seem to be completely consistent with one-to-one requirements (not throwing shade, just an observation.)

But if the allegations in a new class action are true Zillow may have a very serious problem with its lead gen funnel that is even more basic than anything having to do with one-to-one. (or it could just be the latest version of one of the oldest TCPA scams in the books.)

In CHET MICHAEL WILSON v. ZILLOW, INC. (W.D. Wash. Case No. 2:25-cv-00048) a Plaintiff sues Zillow over the receipt of multiple text messages related to various Zillow services–including apparently both mortgage and real estate offerings– related to multiple properties.

Per the complaint the plaintiff did not request the messages and the messages continued after Plaintiff texted "stop."

Most problematically the text messages seem to have all been sent to a single number but are related to different properties and are directed to different recipient names. This suggests the messages are related to different form fills by different consumers, or that Zillow has a big problem with its lead gen engine.



We use cookies on this site to enhance your user experience.

...m's alleged phone number are allegedly ...se "designed number" lawsuit scams where a Plaintiff buys a speciality number–like (310) 999-9999– just to collect TCPA dollars from companies errantly calling fake numbers. (I helped fight off a series of these sorts of cases any years ago and the experience made me realize how terrible frivolous lawsuits are.)

**43**

NEW ARTICLES






Still for a company as large as Zillow preventing multiple leads from looping to the same number for different people and property should be viewed as a priority– again Zillow is a massive lead gen engine relied on by so many– so I would be shocked if this is as simple as Zillow not picking up on a simple 9999 scam (but maybe it is.)

I should note I have no idea if the claims are even true and the Plaintiff could be lying. But the complaint does contain multiple screenshots like this one:





In addition to the text messages Zillow also apparently used prerecorded calls to contact the Plaintiff–eesh– so the TCPA's regulated technology provisions are also at play here.

The Complaint seeks to represent three classes:

Robocall Class: All persons in the United States (1) to whom Zillow, Inc. placed, or caused to be placed, a call, (2) directed to a number assigned to a cellular telephone service, but not assigned to a person with an account with Zillow, Inc., (3) in connection with which Zillow, Inc. used an artificial or prerecorded voice,

complaint through the date of class

IDNC Class: All persons in the United States who, within the four years prior to the filing of this lawsuit through the date of class certification, received two or more telemarketing calls within any 12-month period, from or on behalf of Zillow, Inc., regarding Zillow, Inc.'s goods or services, to said person's residential telephone number, including at least one call after communicating to Zillow, Inc. that they did not wish to receive such calls.

DNC CLASS: All persons in the United States who, within the four years prior to the filing of this action through the date of class certification, (1) were sent more than one telemarketing call within any 12-month period; (2) where the person's telephone number had been listed on the National Do Not Call Registry for at least thirty days but not assigned to a person with an account with Zillow, Inc.,; (3) regarding Zillow, Inc.'s property, goods, and/or services; (4) to said person's residential telephone number.

Very interesting stuff and we will keep an eye on it for you.

Full complaint here: Zillow Complaint

© 2025 Troutman Amin, LLP





**Eric J. Troutman**

Email

We use cookies on this site to enhance your user experience.

**Find Your Next Job !**

**Associate Attorney (Litigation) Honolulu, HI**

**Assistant Professor of Law and Advocacy with Children, Youth and Families**

**LEGAL ASSISTANT II**

Explore More Job Openings

*Advertisement*






NEW ARTICLES 43

## CURRENT PUBLIC NOTICES

Post Your Public Notice Today!

**PUBLIC NOTICE OF UCC SALE: BUDA MEZZ LLC**
Published: 22 September, 2025

**PUBLIC NOTICE OF UCC ARTICLE 9 SALE: National Supplier of Home Furnishings**
Published: 16 September, 2025

**PUBLIC NOTICE OF UCC ARTICLE 9 SALE: Sky Gate, LLC**
Published: 15 September, 2025

**PUBLIC NOTICE OF UCC ARTICLE 9 SALE: FF&E in Presidio 183, LLC**
Published: 15 September, 2025

**PUBLIC NOTICE OF UCC ARTICLE 9 SALE: Interest in 315 Lake LLC and Madskye LLC**
Published: 9 September, 2025

**PUBLIC NOTICE OF UCC SALE: Gizmo Medical, LLC**
Published: 9 September, 2025

**PUBLIC NOTICE OF RECIEVERSHIP SALE: Bison Hardwood, LLC**



Published: 28 August, 2025

PUBLIC NOTICE OF DISPOSITION OF COLLATERAL: Vertify, Inc

Published: 20 August, 2025

Discover More Public Notices

## CURRENT LEGAL ANALYSIS

**Patent Victory? Here's When You Decide Between Damages or an Account of Profits**
by: Rachelle Downie , Laura McFadzean

**Supreme Court Asked to Weigh in Again on Venezuelan TPS Protections**
by: Caterina Cappellari

**Breaking OFCCP News: Catherine Eschbach Leaving OFCCP**
by: Laura A. Mitchell , Nicole Trotta

**FDA Takes Aim at Drug Ads: What It Means for Compounding Pharmacies, Medspas and Telehealth Companies**
by: Stuart M. Pape , Suzanne E. Bassett

**California Assembly Bill 45: New Privacy Around Healthcare Facilities**
by: Joseph J. Lazzarotti

Advertisement

## MORE FROM TROUTMAN AMIN, LLP

**HAPPENING NOW: FTC Secures Historic $2.5 Billion Settlement Against Amazon**
by: Eric J. Troutman

9/30/25, 9:45 AM   Case 5:25-cv-03996-BLF   Document 27-5   Filed 09/30/25   Page 9 of 13
Zillow Faces Class Action Over Alleged TCPA Violations
rt Finds Plaintiff's Allegations
Federal Jurisdiction

We use cookies on this site to enhance your user experience.

by: Puja J. Amin

**NEW ARTICLES**

**43**

**NEEDLE DEE: Major Bank Faces $3.3BB in TCPA Damages in Certified Class Action After Marketer Calls Bad Lead**
by: Eric J. Troutman

**"DIRECTLY LIABLE": Court Holds eXp Realty Can Be Directly Liable for Calls Made By Agents in TCPA Class Action–It Should Be A Wake UP Call**
by: Eric J. Troutman

**FLORIDA SPLIT: Whether You Can Enforce the TCPA's DNC Rules May Depend On What Part of the State You Live In**
by: Eric J. Troutman

**"NO STOP": TCPA Defendant Tries to Double Negative Its Way Out of a Class Action (It Doesn't Work)**
by: Eric J. Troutman

**STRAIGHTFORWARD: Court (Correctly) Denies Certification in TCPA Case Where Consent Posed Individualized Issues**
by: Eric J. Troutman

**SHORT: Court Dismisses TCPA Defendant's Motion in Ruling So Brief It Hurts**
by: Eric J. Troutman

**MASSIVE WIN FOR LINCARE!: Health Care Exception Saves the Day for Lincare in Certified TCPA Class Action**
by: Eric J. Troutman

**MASSIVE DATA PRODUCTION ORDERED: The Wolf and Mr. Number One Team Up To Crush Register.com on a Discovery Motion**
by: Eric J. Troutman

**LAWSUIT BREWING: TCPA Class Action Filed Against Nespresso for Early Morning Text Messages!**
by: Brittany A. Andres

We use cookies on this site to enhance your user experience.

: Local Pizza Shop's Effort to Quash alls Flat

by:  Eric J. Troutman

**STUNNINGLY BROAD: CEMA Applies to Recruitment Messages And Messages That "Promote Growth of Business" Holds Washington Court of Appeals As #BigLaw Loses Again**

by:  Eric J. Troutman

**BOTTOMS UP: Kimberly Bottoms Hits Pay Dirt With $12.5MM Settlement Against Block, Inc. For "Invite a Friend" Messages**

by:  Eric J. Troutman

**Fraudulent TCPA Suit?: Court Lays Out PERFECT Fraud Claim Against Repeat TCPA Litigator Daniel Human**

by:  Eric J. Troutman

Advertisement

## UPCOMING EVENTS



| OCT 20-21 2025 | Intellectual Property Law Institute 2025 - California |

We use cookies on this site to enhance your user experience.



NEW ARTICLES 43

| OCT 21-22 2025 | 2025 Proxy Disclosure & 22nd Annual Executive Compensation Conferences |



| NOV 5 2025 | Legal AI Demo Day Hosted By Wickard.Ai & The National Law Review |



| SEP 30 2025 | Lifestyle, Luxury, And Beyond: Navigating Change And Shaping The Future |

Artificial Intelligence

Antitrust Law

Case 5:25-cv-03996-BLF    Document 27-5    Filed 09/30/25    Page 12 of 13

We use cookies on this site to enhance your user experience.

Restructuring

Biotech, Food, & Drug

Business of Law

Construction & Real Estate

43

Cybersecurity Media & FCC

NEW ARTICLES

Election & Legislative

Environmental & Energy

Family, Estates & Trusts

Financial, Securities & Banking

Global

Health Care Law

Immigration

Insurance

Intellectual Property Law

Labor & Employment

Litigation

Public Services, Infrastructure, Transportation

Tax

White Collar Crime & Consumer Rights

## LEGAL DISCLAIMER

You are responsible for reading, understanding, and agreeing to the National Law Review's (NLR's) and the National Law Forum LLC's  Terms of Use and Privacy Policy before using the National Law Review website. The National Law Review is a free-to-use, no-log-in database of legal and business articles. The content and links on



Case 5:25-cv-03996-BLF        Document 27-5       Filed 09/30/25      Page 13 of 13

The National Law Review is a free-to-use, no-log-in database of legal and business articles. The content and links on www.NatLawReview.com are intended for general information purposes only. Any legal analysis, legislative updates, or other content and links should not be construed as legal or professional advice or a substitute for such advice. No attorney-client or confidential relationship is formed by the transmission of information between you and the National Law Review website or any of the law firms, attorneys, or other professionals or organizations who include content on the National Law Review website. If you require legal or professional advice, kindly contact an attorney or other suitable professional advisor.

Some states have laws and ethical rules regarding solicitation and advertisement practices by attorneys and/or other professionals. The National Law Review is not a law firm nor is www.NatLawReview.com  intended to be a referral service for attorneys and/or other professionals. The NLR does not wish, nor does it intend, to solicit the business of anyone or to refer anyone to an attorney or other professional.  NLR does not answer legal questions nor will we refer you to an attorney or other professional if you request such information from us.

Under certain state laws, the following statements may be required on this website and we have included them in order to be in full compliance with these rules. The choice of a lawyer or other professional is an important decision and should not be based solely upon advertisements. Attorney Advertising Notice: Prior results do not guarantee a similar outcome. Statement in compliance with Texas Rules of Professional Conduct. Unless otherwise noted, attorneys are not certified by the Texas Board of Legal Specialization, nor can NLR attest to the accuracy of any notation of Legal Specialization or other Professional Credentials.

The National Law Review - National Law Forum LLC 2070 Green Bay Rd., Suite 178, Highland Park, IL 60035  Telephone  (708) 357-3317 or toll-free (877) 357-3317.  If you would like to contact us via email please click here.

**TERMS OF USE   |   PRIVACY POLICY**

Copyright ©2025 National Law Forum, LLC

"We use cookies and other data collection technologies to provide the best experience for our customers. You may request that your data not be shared with third parties here: "Do Not Sell My Data

Do Not Sell or Share My Personal Information