Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDVIDI INC<br><br>Defendant. | Case No. 5:25-cv-03996-BLF |

## STIPULATION TO FILE SECOND AMENDED COMPLAINT

As provided for in Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate and agree as follows: Defendant consents to the filing of a second amended complaint without conceding the veracity of any of the allegations contained therein or without waiver of any arguments they may make in a responsive pleading or Motion made pursuant to the Rules.

DATED this 16th day of October, 2025.

By: */s/ Anthony I. Paronich*
    Anthony I. Paronich, *Pro Hac Vice*
    anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*

By: */s/ Eric P. Knowles, Esq.*

    Eric P. Knowles, Esq. (*admitted pro hac vice*)
    Paul S. St. Marie, Jr. (*admitted pro hac vice*)
    **FRIER LEVITT, LLC**
    84 Bloomfield Avenue
    Pine Brook, NJ 07058
    Tel. (973) 618-1660
    Fax (973) 618-0650

    Young Choi (SBN: 230645)
    yc@dmcounsel.com
    **Dental & Medical Counsel, P.C.**
    1904 Olympic Blvd., Suite 240
    Walnut Creek, CA 94596
    Tel: (925) 999-8200
    Fax: (925) 884-1725

*Attorneys for Defendant, Medvidi Inc.*