| | |
|---|---|
| 1 | Dana J. Oliver, Esq. (SBN: 291082) |
| 2 | dana@danaoliverlaw.com |
|   | OLIVER LAW CENTER, INC. |
| 3 | 8780 19th Street #559 |
|   | Rancho Cucamonga, CA 91701 |
| 4 | Telephone: (855)384-3262 |
|   | Facsimile: (888)570-2021 |
| 5 | |
| 6 | *Attorney for Plaintiff and the Proposed Class* |



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-03996-BLF |
|---|---|
| Plaintiff, | |
| v. | |
| MEDVIDI INC | |
| Defendant. | |

## STIPULATION TO FILE SECOND AMENDED COMPLAINT

As provided for in Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate and agree as follows: Defendant consents to the filing of a second amended complaint without conceding the veracity of any of the allegations contained therein or without waiver of any arguments they may make in a responsive pleading or Motion made pursuant to the Rules.

1  DATED this 16th day of October, 2025.

2

3                                         By: */s/ Anthony I. Paronich*
                                             Anthony I. Paronich, *Pro Hac Vice*
                                             anthony@paronichlaw.com
                                             PARONICH LAW, P.C.
                                             350 Lincoln Street, Suite 2400
                                             Hingham, Massachusetts 02043
                                             Telephone: (617) 738-7080
                                             Facsimile: (617) 830-0327

                                       *Attorney for Plaintiff and the putative Class*

                                       By: */s/ Eric P. Knowles, Esq.*

                                            Eric P. Knowles, Esq. (*admitted pro hac vice*)
                                            Paul S. St. Marie, Jr. (*admitted pro hac vice*)
                                            **FRIER LEVITT, LLC**
                                            84 Bloomfield Avenue
                                            Pine Brook, NJ 07058
                                            Tel. (973) 618-1660
                                            Fax (973) 618-0650

                                            Young Choi (SBN: 230645)
                                            yc@dmcounsel.com
                                            **Dental & Medical Counsel, P.C.**
                                            1904 Olympic Blvd., Suite 240
                                            Walnut Creek, CA 94596
                                            Tel: (925) 999-8200
                                            Fax: (925) 884-1725

                                     *Attorneys for Defendant, Medvidi Inc.*

- 2 -
STIPULATION TO FILE SECOND AMENDED COMPLAINT