**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MEDVIDI INC.,<br><br>　　　　　　Defendant. | CASE No. 5:25-cv-03996-BLF<br><br>**ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT WITH PREJUDICE** |

THIS MATTER having come before the Court on Defendant's Motion to Dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) filed on October 30, 2025, and the Court having fully considered the positions of the Parties, it is hereby:

**ORDERED** that Defendant's Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. 12(b)(6) is **GRANTED**;

It is further **ORDERED** that Plaintiff's Complaint is hereby dismissed **with PREJUDICE**.

Date: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Hon. Beth Lason Freeman, U.S.D.J.**