Eric P. Knowles, Esq. (*admitted pro hac vice*)
Paul S. St. Marie, Jr. (*admitted pro hac vice*)
**FRIER LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, NJ 07058
Tel. (973) 618-1660
Fax (973) 618-0650

Young Choi (SBN: 230645)
yc@dmcounsel.com
**Dental & Medical Counsel, P.C.**
1904 Olympic Blvd., Suite 240
Walnut Creek, CA 94596
Tel: (925) 999-8200
Fax: (925) 884-1725

*Attorneys for Defendant, Medvidi Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDVIDI INC<br><br>Defendant. | Case No. 5:25-cv-03996-BLF |

**JOINT MOTION TO FILE STIPULATED PROTECTIVE ORDER**

As provided for in Federal Rules of Civil Procedure 7(b) and 26(c) as well as Local Rule 7-12, Plaintiff Chet Michael Wilson and Defendant Medvidi Inc. hereby jointly move for entry of the Stipulated Protective Order filed herewith. Both Parties have had an opportunity to review the Proposed Stipulated Protective Order and agree to be bound by its terms. Accordingly, the Parties ask that the Court grant this Joint Motion and enter the Proposed Stipulated Protective Order.

DATED this 11th day of November, 2025.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*

By: */s/ Paul S. St. Marie, Jr., Esq.*

Eric P. Knowles, Esq. (*admitted pro hac vice*)
Paul S. St. Marie, Jr. (*admitted pro hac vice*)
**FRIER LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, NJ 07058
Tel. (973) 618-1660
Fax (973) 618-0650

Young Choi (SBN: 230645)
yc@dmcounsel.com
**Dental & Medical Counsel, P.C.**
1904 Olympic Blvd., Suite 240
Walnut Creek, CA 94596
Tel: (925) 999-8200
Fax: (925) 884-1725

*Attorneys for Defendant, Medvidi Inc.*