Young Choi (SBN: 230645)
yc@dmcounsel.com
**Dental & Medical Counsel, P.C.**
1904 Olympic Blvd., Suite 240
Walnut Creek, CA 94596
Tel: (925) 999-8200
Fax: (925) 884-1725

Eric P. Knowles, Esq. (*pro hac vice* forthcoming)
EKnowles@frierlevitt.com
Paul S. St. Marie, Jr. (*pro hac vice* forthcoming)
PStmarie@frierlevitt.com
**Frier Levitt, LLC**
84 Bloomfield Avenue,
Pine Brook, NJ 07058
Tel.: (973) 852-1872
Fax (973) 618-0650

Attorneys for Defendant, Medvidi, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDVIDI INC.,<br><br>Defendant. | CASE No. 5:25-cv-03996-BLF<br><br>**DECLARATION OF PAUL ST. MARIE, ESQ. IN SUPPORT OF REPLY BRIEF FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

I, Paul S. St. Marie, Jr., Esq., do hereby declare and state as follows:

1. I am an attorney admitted to practice in the state of New Jersey and I am admitted *pro hac vice* in the Northern District of California as counsel for Defendant Medvidi, Inc. in connection with the above captioned matter.

2. This Declaration is being submitted in connection with Defendant's Reply in Further Support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC").

3. All statements made in this Declaration are based on my personal knowledge.

4. Paragraphs 26 and 27 of the SAC reference an e-mail sent by Defendant to Plaintiff's counsel dated February 3, 2025. *See* SAC ¶¶ 26-27. The e-mail itself, however, was not attached to the SAC as an exhibit. However, annexed hereto as **Exhibit A** is a true and correct copy of the Defendant's e-mail to Plaintiff's counsel dated February 3, 2025 that is referenced in the SAC.

5. The e-mail attached as Exhibit A was previously filed in this Court by Plaintiff as "Exhibit 1" to Plaintiff's Opposition to Defendant's prior Motion to Dismiss the initial Complaint. *See* Dkt. 23 ("Exhibit 1"); *see also* Dkt. 26 ("Opposition") at 24 (citing Exhibit 1 and stating "to the extent the Court believes more factual detail is required, leave should be permitted to include further allegations, *including this e-mail*") (emphasis added).

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Respectfully submitted,

Dated: November 20, 2025

*/s/ Paul S. St. Marie, Esq.*
Paul S. St. Marie, Esq.
Frier Levit, LLC
*Attorney for Defendant Medvidi, Inc.*