Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MEDVIDI INC<br><br>Defendant. | Case No. 5:25-cv-03996-BLF<br><br>DATE: JANUARY 22, 2025<br>TIME: 9:00 A.M.<br>COURTROOM 1, FIFTH FLOOR<br>HON. BETH LABSON FREEMAN |

**PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER PERMITTING REMOTE APPEARANCE OR, IN THE ALTERNATIVE, RESETTING HEARING TIME.**

The hearing on Defendant's motion to dismiss is currently set for January 22, 2026 at 9:00 a.m. in Courtroom 1, Fifth Floor before the Honorable Beth Labson Freeman, as reflected on the docket following Defendant's First Motion to Dismiss the Second Amended Complaint. See Dkt. 34.

Plaintiff respectfully moves for an order permitting Plaintiff's counsel to appear remotely via Zoom for the January 22, 2026 hearing on Defendant's motion to dismiss, or, in the alternative, resetting the hearing to 2:00 p.m. or to a time following the Court's 1:30 p.m. hearing in *Laatz et al. v. Zazzle, Inc. et al.*, Case No. 5:22-cv-04844-BLF. This motion seeks narrow

administrative relief relating solely to the manner or timing of counsel's appearance and is brought pursuant to Civil Local Rule 7-11.

Good cause exists for the requested relief. Plaintiff's counsel is required to appear at a federal court hearing in the Eastern District of Missouri on January 21, 2026 at 4:30 p.m. Central Time, which hearing was moved to that time by the Missouri court while counsel was out of the country. That setting eliminates any reasonable opportunity for counsel to travel to Northern California in time to appear in person for the January 22, 2026 at 9:00 a.m. hearing in this matter. Counsel has explored available travel options and confirmed that in-person attendance is not feasible under the current schedule.

Plaintiff seeks no continuance and no modification of the briefing schedule, which has been complete since November 20, 2025. See Dkts. 34, 39, and 41. Allowing a Zoom appearance or modestly adjusting the hearing time would permit the hearing to proceed as scheduled without prejudice to Defendant and without disruption to the Court's calendar. Plaintiff recognizes that this Court conducts law and motion hearings in person unless otherwise ordered, and therefore requests remote appearance only if the Court declines to reset the hearing time later the same day.

With respect to concurrence, Plaintiff's counsel attempted to confer with Defendant's counsel on January 18, 2026, the first day after returning to the country, to obtain Defendant's position on this request. Given the time-sensitive nature of the issue and the proximity of the hearing date, Plaintiff is filing this motion to ensure the matter is promptly before the Court and will promptly supplement this filing with any concurrence or opposition Defendant provides.

Plaintiff further acknowledges that the Court previously denied a joint administrative motion to appear virtually for an earlier motion to dismiss hearing in this case. See Dkt. 25. This

- 1 -

request is materially different. It is based on a specific, unavoidable inter-district scheduling conflict arising from a federal court hearing set the afternoon before, and Plaintiff has proposed the alternative of a later same-day in-person hearing if the Court prefers not to permit a remote appearance.

For these reasons, Plaintiff respectfully requests an order permitting Plaintiff's counsel to appear remotely via Zoom for the January 22, 2026 hearing on Defendant's motion to dismiss, or, in the alternative, resetting the hearing to 2:00 p.m. or to a time following the Court's 1:30 p.m. hearing in Case No. 5:22-cv-04844-BLF.

A proposed order is submitted herewith.

DATED this 19th day of January, 2026.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*