Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Attorney for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>MEDVIDI INC<br><br>         Defendant. | Case No. 5:25-cv-03996-BLF<br><br>**DATE: JANUARY 22, 2025**<br>**TIME: 9:00 A.M.**<br>**COURTROOM 1, FIFTH FLOOR**<br>**HON. BETH LABSON FREEMAN** |

### DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER PERMITTING REMOTE APPEARANCE OR, IN THE ALTERNATIVE, RESETTING HEARING TIME.

I, Anthony I. Paronich, declare as follows.

1.      I am counsel for Plaintiff Chet Michael Wilson in this action and am admitted pro hac vice before this Court. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto.

2.      I am required to appear at a federal court hearing in the Eastern District of Missouri on January 21, 2026 at 4:30 p.m. Central Time. That hearing was moved to that time at the request of the Missouri court while I was out of the country last week. As a result of that

setting, there is no reasonable travel option that would allow me to appear in person in San Jose for the January 22, 2026 at 9:00 a.m. hearing in this matter.

3. I have reviewed available travel options and confirmed that in-person attendance in Northern California under the current schedule is not feasible. I therefore seek permission either to appear remotely for the January 22, 2026 hearing or, in the alternative, for a modest adjustment to the hearing time later that same day so that the hearing may proceed without delay.

4. On January 18, 2026, the first business day after returning to the country, I attempted to confer with Defendant's counsel regarding this request. Given the time-sensitive nature of the issue and the proximity of the hearing date, I proceeded to file the administrative motion so the matter could be promptly presented to the Court. I will promptly supplement the record with any concurrence or position Defendant provides.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 19th day of January, 2026.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*

- 1 -