Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Attorney for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>MEDVIDI INC<br><br>  Defendant. | Case No. 5:25-cv-03996-BLF<br><br><br><br>**DATE: JANUARY 22, 2025**<br>**TIME: 9:00 A.M.**<br>**COURTROOM 1, FIFTH FLOOR**<br>**HON. BETH LABSON FREEMAN** |

### [PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER PERMITTING REMOTE APPEARANCE OR, IN THE ALTERNATIVE, RESETTING HEARING TIME.

Before the Court is Plaintiff's Administrative Motion for an Order Permitting Remote Appearance or, in the Alternative, Resetting Hearing Time. Having considered the motion and the record in this case, and for good cause shown, the Court orders as follows.

Plaintiff's Administrative Motion is GRANTED. Plaintiff's counsel is permitted to appear remotely via Zoom for the hearing on Defendant's motion to dismiss currently set for January 22, 2026 at 9:00 a.m. in Courtroom 1, Fifth Floor.

OR, IN THE ALTERNATIVE:

1  Plaintiff's Administrative Motion is GRANTED IN PART. The hearing on Defendant's
2  motion to dismiss is RESET to 2:00 p.m. Pacific Time on January 22, 2026, or to a time
3  following the Court's 1:30 p.m. hearing in Case No. 5:22-cv-04844-BLF. All other aspects of the
4  Court's prior scheduling orders remain unchanged.

IT IS SO ORDERED.

Dated: _____, 2026

_____
Hon. Beth Labson Freeman
United States District Judge

- 1 -