Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MEDVIDI INC<br><br>Defendant. | Case No. 5:25-cv-03996-BLF<br><br>**DATE: JANUARY 22, 2025**<br>**TIME: 9:00 A.M.**<br>**COURTROOM 1, FIFTH FLOOR**<br>**HON. BETH LABSON FREEMAN** |
|---|---|

**NOTICE OF CONFERRAL REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER PERMITTING REMOTE <u>APPEARANCE OR, IN THE ALTERNATIVE, RESETTING HEARING TIME.</u>**

The Plaintiff files this Notice to advice the Court that the Plaintiff has conferred with the Defendant regarding this motion and the Defendant does not have any objection to the Plaintiff's motion regarding moving the hearing time to later in the afternoon on January 22, 2026.

1  DATED this 20th day of January, 2026.

2

3                                              By: */s/ Anthony I. Paronich*
                                                   Anthony I. Paronich, *Pro Hac Vice*
4                                                  anthony@paronichlaw.com
                                                   PARONICH LAW, P.C.
5                                                  350 Lincoln Street, Suite 2400
                                                   Hingham, Massachusetts 02043
6                                                  Telephone: (617) 738-7080
                                                   Facsimile: (617) 830-0327
7

8                                              *Attorney for Plaintiff and the putative Class*