UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, <br><br> Plaintiff, <br> v. <br> MEDVIDI INC, <br><br> Defendant. | Case No. 5:25-cv-03996-BLF <br><br> **ORDER DENYING ADMINISTRATIVE MOTION FOR REMOTE APPERANCE AS MOOT** <br><br> [ECF No. 42] |

Before the Court is Plaintiff Chet Wilson's administrative motion for remote appearance as to the hearing on Defendant MEDVIDI Inc.'s motion to dismiss the second amended complaint. ECF No. 42. The Court having ruled on the motion to dismiss, ECF No. 44, the administrative motion is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____
BETH LABSON FREEMAN
United States District Judge