Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Attorney for Plaintiff and the Proposed*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>MEDVIDI INC<br><br>            Defendant. | Case No. 5:25-cv-03996-BLF |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

1 | DATED this 6th day of March, 2026.

By: */s/ Anthony I. Paronich*
   Anthony I. Paronich, *Pro Hac Vice*
   anthony@paronichlaw.com
   PARONICH LAW, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, Massachusetts 02043
   Telephone: (617) 738-7080
   Facsimile: (617) 830-0327

   *Attorney for Plaintiff and the putative Class*

- 1 -