Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Attorney for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>MEDVIDI INC<br><br><br>              Defendant. | Case No. 5:25-cv-03996-BLF |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment. The parties have fully performed and satisfied all obligations under their Settlement Agreement, and, accordingly, Plaintiff voluntarily dismisses this action with prejudice.

DATED this 21st day of July, 2026.

By: */s/ Anthony I. Paronich*
     Anthony I. Paronich, *Pro Hac Vice*
     anthony@paronichlaw.com
     PARONICH LAW, P.C.
     350 Lincoln Street, Suite 2400
     Hingham, Massachusetts 02043
     Telephone: (617) 738-7080
     Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*

- 1 -